IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Elkins Division

ALLEGHENY WOOD PRODUCTS, INC.,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE
SERVICE and MARTHA WILLIAMS, in her
official capacity as the Director of U.S. Fish
and Wildlife Service

and

UNITED STATES DEPARTMENT OF THE
INTERIOR and DEB HAALAND, in her
official capacity as the Secretary of the U.S.
Department of the Interior

    Defendants.

Civil Action No. 2:22-cv-07

## STIPULATION

Plaintiff and Defendants, by their respective counsel, stipulate and agree that Defendants shall have until December 16, 2022 to answer or otherwise respond to the Supplemental Complaint [ECF No. 16]. Plaintiff was to file a supplemental complaint by November 22, 2022 to account for subsequent developments in the case. Due to an inadvertent calendaring error, Plaintiffs' Supplemental Complaint was not filed until November 28. The extension is intended to afford Defendants the same amount of time to respond as originally contemplated.

*/s/ Andrew C. Robey*
ANDREW C. ROBEY
(WV Bar No. 12806)
ISAAC R. FORMAN
(WV Bar No. 11668)
Hissam Forman Donovan Ritchie PLLC
707 Virginia Street East, Suite 260
Charleston, WV 25301
Tel: (304) 545-7816
E-mail: arobey@hfdrlaw.com

*Counsel for Plaintiff*

*/s/ Maximillian F. Nogay*
MAXIMILLIAN F. NOGAY
Assistant United States Attorney
(WV Bar No. 13445)
United States Attorney's Office
1125 Chapline Street, Suite 3000
P.O. Box 591
Wheeling, WV 26003
Tel: (304) 234-0100
E-mail: max.nogay@usdoj.gov

H. HUBERT YANG
Senior Trial Attorney (WV Bar No. 8953
(inactive); DC Bar No. 491308)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
E-mail: hubert.yang@usdoj.gov

*Counsel for Defendants*