IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Elkins Division

ALLEGHENY WOOD PRODUCTS, INC.,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE
SERVICE and MARTHA WILLIAMS, in her
official capacity as the Director of U.S. Fish
and Wildlife Service

and

UNITED STATES DEPARTMENT OF THE
INTERIOR and DEB HAALAND, in her
official capacity as the Secretary of the U.S.
Department of the Interior

    Defendants.

Civil Action No. 2:22-cv-07

## UNOPPOSED MOTION FOR LEAVE

At the parties' request, this Court gave Plaintiff a date by which to file a supplemental complaint. Per this Court's *Order Granting Joint Motion to Amend Scheduling Order* [ECF No. 15], Plaintiff was to file a supplemental complaint by November 22, 2022. The supplemental complaint is intended to account for subsequent developments in this case. Unfortunately, due to an inadvertent calendaring error, the Supplemental Complaint [ECF No. 16] was not filed until November 28.

Though the Supplemental Complaint has already been filed (in order to avoid further delay), Plaintiff nonetheless requests leave to file its Supplemental Complaint beyond this Court's deadline. And to account for Plaintiff's delay, Plaintiff asks that Defendants' deadline by which to answer or otherwise respond to the Supplemental Complaint be extended by an equal amount of time—6 days. Neither the requested leave nor the extension will otherwise interfere with other deadlines or delay the disposition of this case. Defendants do not oppose the requested relief.

**ALLEGHENY WOOD PRODUCTS, INC.**

By Counsel:

/s/ Andrew C. Robey
Isaac R. Forman (WVSB # 11668)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
iforman@hfdrlaw.com
arobey@hfdrlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2022, I filed the foregoing via the CM/ECF system, and the foregoing document was served on all counsel of record through the CM/ECF system.

/s/ Andrew C. Robey
Andrew C. Robey (WVSB #12806)