IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

| | |
|---|---|
| ALLEGHENY WOOD PRODUCTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 2:22-cv-07 (Kleeh) |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**

Defendants United States Fish and Wildlife Service ("FWS"); Martha Williams, in her official capacity as Director of FWS; United States Department of the Interior ("Interior"); and Debra Haaland, in her official capacity as Secretary of the Interior (collectively, "Defendants") respectfully move this Court for an order dismissing with prejudice the unreasonable delay claim brought under the Administrative Procedure Act by Plaintiff Allegheny Wood Products, Inc. in its Supplemental Complaint (Count II).  *See* Docket 16 ¶¶50-53.  Defendants' Motion for Partial Dismissal is brought under Federal Rule of Civil Procedure 12(b)(1) on the grounds that Plaintiff's claim for unreasonable delay is now moot.  Additionally, Defendants rely on the grounds set forth in their Memorandum in Support of Defendants' Motion for Partial Dismissal, filed herewith.

Dated:  December 15, 2022

Respectfully submitted,

WILLIAM J. IHLENFELD, II
United States Attorney

*/s/ Maximillian F. Nogay*
MAXIMILLIAN F. NOGAY
Assistant United States Attorney
(WV Bar No. 13445)

1

United States Attorney's Office
1125 Chapline Street, Suite 3000
P.O. Box 591
Wheeling, WV 26003
Tel: (304) 234-0100
E-mail: max.nogay@usdoj.gov

ERIN K. REISENWEBER
Assistant United States Attorney
(WV Bar No. 9537)
United States Attorney's Office
217 West King Street, Suite 400
Martinsburg, WV 25401
Tel: (304) 262-0590
E-mail: erin.reisenweber@usdoj.gov


TODD KIM
Assistant Attorney General
S. JAY GOVINDAN
Section Chief
BRIDGET KENNEDY MCNEIL
Assistant Section Chief


*/s/ H. Hubert Yang*
H. HUBERT YANG
Senior Trial Attorney (WV Bar No. 8953 (inactive); DC Bar No. 491308)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, I electronically filed the foregoing Defendants' Motion for Partial Dismissal and [Proposed] Order with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Maximillian F. Nogay*
MAXIMILLIAN F. NOGAY
Assistant United States Attorney
(WV Bar No. 13445)
United States Attorney's Office
1125 Chapline Street, Suite 3000
P.O. Box 591
Wheeling, WV 26003
Tel: (304) 234-0100
E-mail: max.nogay@usdoj.gov

*Attorney for Defendants*