# UNITED STATES DISTRICT COURT

for the
Northern District of West Virginia

Allegheny Wood Products, Inc.

*Plaintiff(s)*

v.

Civil Action No.    2:22-cv-07

United States Fish And Wildlife Service et. al.

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award      ☐ Judgment costs      ☒ Other

other:    Plaintiff's Motion for Summary Judgment [ECF No. 41] is DENIED and Defendant's Motion for Summary Judgment [ECF No. 45] is GRANTED.   AWP's Complaint [ECF No. 1] and Amended Complaints [ECF Nos. 16, 25] are  DISMISSED WITH PREDUDICE and this case is STRIKEN from the Court's active docket.

This action was:

☐ tried by jury      ☐ tried by judge      ☒ decided  by judge

decided by Judge   Thomas S. Kleeh

Date:    February 12, 2024

*CLERK OF COURT*
Cheryl Dean Riley
/s/ M. Sinsel

*Signature of Clerk or Deputy Clerk*